
E-FILED
Wednesday, 30 May 2018 01:10:43 PM
Clerk, U.S. District Court, ILCD

FILED
MAY 3 0 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

Reece Garrison,  )
  )
  Plaintiff  )
  )
vs.  )  Case No. 18-2149
  )  *(The case number will be assigned by the clerk)*
Lt. Colin Osterbur  )
Branden Fox  )
Jim Bianchana  )
  )
  )
  )
  )
  )
  ,  )
  )
  Defendant(s)  )

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

### COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☒ Other federal law: Inhumane, Inadequate, negligence treatment

☐ Unknown _____

*****Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Reece August Garrison

Prison Identification Number: 00054559

Current address: 2 E. South St Danville, IL 61832

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Colin Ostenbur

Current Job Title: Lt.

Current Work Address 2 E South St Danville IL 61832

Defendant #2:

Full Name: Branden Fox

Current Job Title: Correctional Officer

Current Work Address 2 E South St Danville IL 61832

Defendant #3:

Full Name: Jim Biachana

2

Current Job Title: <u>Correctional officer</u>

Current Work Address <u>2 E South St Danville IL 61832</u>

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?   Yes ☐   No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐   No ☒

3

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number _____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒  No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?  Yes ☒  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  VC Public Safety Building

Date(s) of the occurrence  5/22/2018

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On 5/22/2018 during A Shakedown I was illegally Strip Searched In front of my peers. I was Asked why and was Not given a Response. This Is unconstitutional, Inhumane treatment.

## RELIEF REQUESTED

(State what relief you want from the court.)

I am seeking the maximum amount for A Case such as this. according to Cook County vs. Young multi-million dollar settlement was Reached for the same Offense. Clearly my Constitutional Rights Were violated

JURY DEMAND    Yes ☒    No ☐

Signed this __28__ day of __May__, 20__18__.

_Reece Garrison_
( Signature of Plaintiff)

| Name of Plaintiff: Reece Garrison | Inmate Identification Number: 00054559 |
|---|---|
| Address: 2 E. South St Danville, IL 61832 | Telephone Number: N/A |